**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Stone, Syron, B.

Pridgen, Annie, L.

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Hudson County Police Department

Cheif Minicipality

_____

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: ☑ Yes  ☐ No

*(check one)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number.  Do the same for any additional   plaintiffs named.  Attach
      additional sheets of paper as necessary.

Plaintiff   Name           Syron B. Stone
            Street Address   94 Union Avenue # 412
            County, City     Hudson County, Jersey City
            State & Zip Code  NJ  07304
            Telephone Number  (201) 332-6439

A1.   Annie L. Pridgen
      94 Union Avenue # 412
      Hudson County, Jersey City
      NJ 07304
      (201) 332-6439

B.      List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name Hudson County Police Department Cheif Minicipality

Street Address Communipaw Avenue

County, City Hudson County, Jersey City

State & Zip Code NJ, 07305

Defendant No. 2

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.      What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal Questions          [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff   [ ] U.S. Government Defendant

B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Section 1983, Title 42 under Constitutional Amendments.

- 2 -

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.    Statement of Claim:**

State as briefly as possible the underline{facts} of your case. Describe how underline{each} of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _Bayview Cemetery_
_321 Garfield Avenue Jersey City NJ 07305_

B.    What date and approximate time did the events giving rise to your claim(s) occur? _Feb. 5th, 2015_
_March 2nd, 2015_

| What happened to you? |
| --- |

C.    Facts: _Please see attached documents, pages 1-3_
_of summary._

| Who did what? |
| --- |

| Was anyone else involved? |
| --- |

| Who else saw what happened? |
| --- |

1

## SUMMARY

On February 5, 2015, I was walking from Najib's Bar located on Sip Avenue in Jersey City. As I made a turn onto Logan Avenue I noticed two cars riding pass me. From the looks of the vehicles, as well as the two men in each car, I could tell that they were police officers. When I passed the P&J store located on Logan Avenue, both of the vehicles pulled up on me. The officers got out of their cars and proceeded to ask me about a stabbing incident. I told the officers I had no knowledge of any stabbing. I was then asked by the officers, where I was from, as well as where do I live. As they questioned me, one of the officers proceeded to pat-frisk me, and as he reached into my pocket he found the pocket knife. Upon finding the knife, the officer asked me why did I have the knife. I responded, "I have the knife for protection". I was then placed under arrest for the possession of the knife and, transported to the fifth precinct located on Communipaw Avenue in Jersey City, N.J..

At the precinct I was booked and was later transported to the Hudson County Jail located in Kearny, N.J.. On February 8, 2015 I was seen by the Judge in low court (C.J.P.), located at 365 Summit Avenue, Jersey City N.J.; I was released on my own recognizance and had to pay a fine.

I returned to my grandmother's house, Mrs. Annie Pridgen, in the Marion Gardens Housing Complex on Oates Avenue of Jersey City, N.J.. Approximately one week later two officers, one of the officers is identified as Officer Rabbit, came to my grandmother's house and wanted me to go back to the Fifth Precinct with them for questioning. At that time I was told by the two officers that I was not under arrest; I did as the officers asked, and went with them to the precinct. Once at the precinct I was asked about details of the stabbing incident and was shown a video tape of a man stabbing a woman. After denying that the man on the video tape was me, I was then free to go home.

2

A few days later, I went back to Wilmington, N.C. to be with my mother, Ms. Sharon Stone who unfortunately had been sick and was diagnosed with brain cancer. While I was in Wilmington with my mother, members of the Jersey City police department (Hudson county), dispatched the police department in Wilmington and told the Wilmington police department that I was wanted in New Jersey for the stabbing of a woman in Jersey City. The Wilmington police Department repeatedly came out to my mother's house disturbing my mother looking for me. Simultaneously, members of the Jersey City police department repeatedly came out to my grandmother's house in Jersey City looking for me. The Jersey City police department raided my grandmother's house, leaving her house in shambles; than placed an APB out on me. I returned to New Jersey and received the news that my mother passed away on February 22, 2015. My mother's body was flown from Wilmington NC back to Jersey City NJ for the funeral. After the funeral arrangements were made I attended my mother's funeral which was held on March 2, 2015. After attempting to leave the burial ground located at the Bayview Cemetery, officers from the Jersey City police department (Hudson county), surrounded the burial ground with their guns drawn. The officers proceeded to go from car to car, with guns drawn, until they located the family vehicle that I was sitting in. They pulled me out of the family car and placed me under arrest for the stabbing of a woman. I was charged with aggravated assault with a weapon. I was housed in the Hudson County Jail for eight days before being released on bail. I proceeded to go back and forth to court for the case for a year before the case was dismissed May of 2016.

I have experienced emotional, and mental distress throughout this traumatic experience. I was wrongfully arrested, and held for eight days in jail for charges the police knew I did not commit. I could not properly grieve the loss of my mother because the Jersey City police department (Hudson county), disrupted that process when they came to the burial ground with

their guns drawn and arrested me. I was humiliated in front of family, friends and loved ones who were there at the burial ground to grieve and to say their last good byes to my mother. I was falsely arrested and was held in the jail for eight days. I suffer from schizophrenia, and shortly after being released from the Hudson County Jail, and due to all of the stress and trauma caused by this incident, I had a schizophrenic episode in which I had to be hospitalized at the Jersey City Medical Center for a week.

My grandmother, who is also a plaintiff, Mrs. Annie Pridgen experienced emotional and mental distress as well. On top of grieving the loss of her oldest daughter, Annie Pridgen had to endure the Jersey City police department's ranshacking of her house. Furthermore, her grieving process was also disrupted when the Jersey City police department (Hudson county), went to the burial ground with their guns drawn, harassing the family members and disrupting the grieving process.

For these reasons this claim is being sought and we are seeking the damages.

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. After I was falsely arrested and detained at Hudson County Jail, I had a schizophrenic episode in which I had to be hospitalized at the Jersey City Medical Center. - Syron B. Stone. -

Due to this incident, my blood pressure was extremely high which could've lead me to a heart attack since I suffer from high blood pressure.
                                 Annie L. Pridgen

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

We would like for the court to rule in our favor to let the defedants know that such behavior is not acceptable. We would also like to be compensated for our distress, emotional and mental distress. We are seeking monetary damages in the sum of five million.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _23_ day of _____April_____, 20_18_.

Signature of Plaintiff _Annie Pridgen Stone_

Mailing Address _94 Union Street, #412_

_Jersey City, N.J. 07304_

_____

Telephone Number (_201_) _332 6439_

Fax Number *(if you have one)* _____

E-mail Address _____

94 Union Street, #412
Jersey City, N.J. 07304

(201) 332-6439

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _Annie Pridgen Stone_

_Byron Stone_

- 5 -

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

### Pro se (Non Prisoner)
### Consent & Registration Form to Receive Documents Electronically

Pursuant to Fed. R. Civ. P. 5(b), and Fed. R. Civ. P. 77(d), Local Civil Rule 5.2 and the Court's Electronic Case Filing Policies and Procedures, documents may be served through the court's transmission facilities by electronic means. Documents that are not permitted to be served electronically are pleadings that are to be served with process under Fed.R.Civ.P. 4.

I _Annie Pridgen Stone_ hereby consent to receive service of documents and notice of electronic filings via the Court's electronic filing system to the extent and in the manner authorized by the above rules and waiving the right to receive notice by first class mail pursuant to Fed.R.Civ.P. 5(b)(2)(D) and Fed.R.Civ.P. 77(d).

Pursuant to Local Civil Rule 10.1, I will promptly notify the Court if there is a change in my personal data, such as name, address, and/or e-mail address. I will promptly notify the Court to request cancellation of electronic service.

Litigants who have consented to receive documents electronically will be sent a **Notice of Electronic Filing** via e-mail. Upon receipt of the notice, they are permitted **one "free look"** at the document by clicking on the hyperlinked document number. The one "free look" will expire 15 days from the date the notice was sent. After the "free look" is used or expires, the document can only be accessed through PACER (**P**ublic **A**ccess to **C**ourt **E**lectronic **R**ecords.) It is recommended that litigants establish a PACER account. This can be accomplished by visiting the PACER web site at http://pacer.psc.uscourts.gov. PACER is an automated system that allows an individual to view, print, and download documents for a fee.

My e-mail address is: _____

My case number is: _____

<table>
<tr><td>94 Union Street, 412</td><td>_Annie Pridgen Stone_<br>Signature of Litigant</td></tr>
<tr><td>Jersey City, N.J. 07304</td><td>_94 Union Street, 412_<br>Mailing Address</td></tr>
<tr><td>(201) 332-6439</td><td>_Jersey City, N.J. 07304_<br>City, State, Zip Code</td></tr>
<tr><td></td><td>_(201) 332-6439_<br>Telephone Number</td></tr>
<tr><td>Date: _April 23, 2018_</td><td></td></tr>
</table>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

(Title of Action)

                                :

        Plaintiff,    :        Civil Action No.

    v.              :        NOTICE OF MOTION

        Defendant.   :

                                  :

PLEASE TAKE NOTICE _Syrco B. Stone, Annie L. Pridgen_
                                  (Name of Moving Party)

will move before the Honorable _____, U.S.D.J. on

_May 21, 2018_____
(Motion days are the 1st and 3rd Monday of each month)

for an Order __granting claim and compensation__.
                    (describe type of relief being sought)

In support of my motion, I will rely on the attached brief (if necessary).

                               _Syrco B. Stone /x_____
                               Name
                               _Annie L. Pridgen /x_____
                               _44 Union Street, #412_____
                               _Newark, NJ 07104_____
                               Address

Date: _April 23, 2018_

BYRON B STONE
## CERTIFICATION OF SERVICE

I, _Annie L. Pridgen_____, certify that a copy of my motion was served
(Name of Moving Party)

by ___Personal Service (mail)___ on _____ upon:
(Mail, Personal Service, etc.)                    (Date)

Hudson County police Department,
chief Municipality
(Name of Opposing Party)

communipaw avenue
jersey city, NJ 07305

_____
(Address of Opposing Party)


*  _Annie Pridgen Stone_____
Name (Signature)

*  _Byron Stone_